**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| PAMELA MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 8:19-cv-1371-WFJ-CPT |
| | ) |
| GC SERVICES, LIMITED PARNTERSHIP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, PAMELA MILLS, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                                RESPECTFULLY SUBMITTED,

July 2, 2019                        By: /s/ Shireen Hormozdi
                                            Shireen Hormozdi
                                            State Bar No: 0882461
                                            Hormozdi Law Firm, LLC
                                            1770 Indian Trail Lilburn Road, Suite 175
                                            Norcross, GA 30093
                                            Tel: 678-395-7795
                                            Fax: 866-929-2434
                                            E-mail: shireen@norcrosslawfirm.com
                                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On July 2, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Jennifer Warren, at jennifer@rudnickifirm.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi