UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PAMELA MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 8:19-cv-1371-WFJ-CPT |
| | ) |
| GC SERVICES, LIMITED PARNTERSHIP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, PAMELA MILLS, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

July 19, 2019　　　　　　　　　　By: /s/ Shireen Hormozdi
　　　　　　　　　　　　　　　　　　Shireen Hormozdi
　　　　　　　　　　　　　　　　　　State Bar No: 0882461
　　　　　　　　　　　　　　　　　　Hormozdi Law Firm, LLC
　　　　　　　　　　　　　　　　　　1770 Indian Trail Lilburn Road, Suite 175
　　　　　　　　　　　　　　　　　　Norcross, GA 30093
　　　　　　　　　　　　　　　　　　Tel: 678-395-7795
　　　　　　　　　　　　　　　　　　Fax: 866-929-2434
　　　　　　　　　　　　　　　　　　E-mail: shireen@norcrosslawfirm.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On July 19, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Jennifer Warren, at jennifer@rudnickifirm.com.

                                      By: /s/ Shireen Hormozdi_____
                                                   Shireen Hormozdi